# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,558,759**

**Registered July 1, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK
  CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: LICENSE PLATE HOLDERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,306, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,558,761**

**Registered July 1, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: DECALS, DECALS FOR VEHICLE WINDOWS, NOTEBOOKS, FOLDERS, BUMPER STICKERS, STICKERS, PENS, ACADEMIC PLANNERS, DAILY PLANNERS, STATIONERY, LETTER OPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,324, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,558,763**

**Registered July 1, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: UMBRELLAS, TOTE BAGS, BACKPACKS, BOOK BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,423, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# SACRED HEART UNIVERSITY

**Reg. No. 4,562,616**

**Registered July 8, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK
    CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: BEVERAGE GLASSWARE, MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40
AND 50).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,467, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,562,617**

**Registered July 8, 2014**

**Int. Cl.: 22**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK
    CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: LANYARDS FOR HOLDING BADGES AND KEYS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19,
22, 42 AND 50).

FIRST USE 8-1-1990; IN COMMERCE 8-1-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,476, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,562,618**

**Registered July 8, 2014**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: BLANKET THROWS, FELT PENNANTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,498, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,562,620**

**Registered July 8, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: BASKETBALLS, FOOTBALLS, STUFFED DOLLS AND ANIMALS, CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,523, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,562,621**

**Registered July 8, 2014**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: EDUCATIONAL SERVICES, NAMELY, TEACHING, TUTORING AND PROVIDING COURSES OF INSTRUCTION AT THE UNIVERSITY UNDERGRADUATE, GRADUATE, AND POST-GRADUATE LEVELS, AND DISTRIBUTING COURSE MATERIALS AND PROVIDING ONLINE INFORMATION IN CONNECTION THEREWITH; ENTERTAINMENT SERVICES, NAMELY, ORGANIZING AND CONDUCTING ATHLETIC EVENTS, SPORTS COMPETITIONS, SPORTS EVENTS, AND INTRAMURAL AND INTERCOLLEGIATE ATHLETIC COMPETITIONS; ENTERTAINMENT SERVICES IN THE NATURE OF THEATER PERFORMANCES, MUSIC PERFORMANCES, PUBLIC SPEAKERS, ART EXHIBITS, CRAFT EXHIBITS, MOTION PICTURE FILM PRODUCTION SERVICES, AND TELEVISION AND RADIO SHOW PRODUCTION SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-24-1964; IN COMMERCE 4-24-1964.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY", APART FROM THE MARK AS SHOWN.

SER. NO. 85-969,540, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America

### United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,591,337**

**Registered Aug. 26, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK
   CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: CREWNECKS, HATS, HOODED SWEATSHIRTS, SWEATSHIRTS, JACKETS, POLO
SHIRTS, SHORTS, SWEATPANTS, TANK TOPS, T-SHIRTS, SOCKS, FOOTWEAR, OXFORD
SHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,513, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# SACRED HEART UNIVERSITY

**Reg. No. 4,599,773**

**Registered Sep. 9, 2014**

**Int. Cl.: 20**

**TRADEMARK**

**PRINCIPAL REGISTER**

SACRED HEART UNIVERSITY, INCORPORATED (CONNECTICUT NON-STOCK
CORPORATION)
5151 PARK AVENUE
FAIRFIELD, CT 06825

FOR: NON-METAL AND NON-LEATHER KEY CHAINS, PICTURE FRAMES, CHAIRS, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-1-1975; IN COMMERCE 8-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-969,442, FILED 6-25-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



*Deputy Director of the United States*
*Patent and Trademark Office*

# *New York State Department of State*
## *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | R32192 | *Original Registration Date:* | 10/23/2012 |
| *Renewal Registration No.:* | R34120 | *Date of Renewal Registration:* | 10/23/2022 |

*Applicant's Name:*  **SACRED HEART UNIVERSITY, INCORPORATED**
**5151 PARK AVENUE**
**FAIRFIELD**          CT      06825-

*State of Incorporation or Organization:*  CONNECTICUT

*Classification Numbers:*  12

*Trademark Description:*

The mark is SHU without any design features

*Description of Goods:*          Goods for use with vehicles; license plate holders

**WITNESS** my hand and the seal of the State of New York In the City of Albany on this:

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | R32193 | *Original Registration Date:* | 10/23/2012 |
| *Renewal Registration No.:* | R34121 | *Date of Renewal Registration:* | 10/23/2022 |

*Applicant's Name:* **SACRED HEART UNIVERSITY, INCORPORATED**
*5151 PARK AVENUE*
*FAIRFIELD*      *CT*    *06825-*

*State of Incorporation or Organization:*    *CONNECTICUT*

*Classification Numbers:*    *21*

*Trademark Description:*

*The mark is SHU without any design features*

*Description of Goods:*    *Housewares; beverage glassware, mugs*

*WITNESS my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | R32194 | *Original Registration Date:* | *10/23/2012* |
| *Renewal Registration No.:* | R34122 | *Date of Renewal Registration:* | *10/23/2022* |

*Applicant's Name:*   **SACRED HEART UNIVERSITY, INCORPORATED**
  *5151 PARK AVENUE*
  *FAIRFIELD*          *CT*     *06825-*

*State of Incorporation or Organization:*   CONNECTICUT

*Classification Numbers:*   25

*Trademark Description:*

*The mark is SHU without any design features*

*Description of Goods:*   *Clothing; crewnecks, hats, hooded sweatshirts, sweatshirts, jackets, polo shirts, shorts, sweatpants, tank tops, T-shirts*

*WITNESS* *my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | R32195 | *Original Registration Date:* | *10/23/2012* |
| *Renewal Registration No.:* | R34123 | *Date of Renewal Registration:* | *10/23/2022* |

*Applicant's Name:* **SACRED HEART UNIVERSITY, INCORPORATED**
**5151 PARK AVENUE**
**FAIRFIELD**                        CT        06825-

*State of Incorporation or Organization:*        CONNECTICUT

*Classification Numbers:*        16

**Trademark Description:**

*The mark is SHU without any design features*

**Description of Goods:**        *Paper goods and printed matter; decals, decals for vehicle windows, notebooks, folders, bumper stickers, stickers*

**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | | |
|---|---|---|---|---|
| **Original Registration No.:** | R32196 | **Original Registration Date:** | | 10/23/2012 |
| **Renewal Registration No.:** | R34124 | **Date of Renewal Registration:** | | 10/23/2022 |

**Applicant's Name:**  **SACRED HEART UNIVERSITY, INCORPORATED**
**5151 PARK AVENUE**
**FAIRFIELD**                          CT        06825-

**State of Incorporation**
**or Organization:**          CONNECTICUT

**Classification Numbers:**       24

**Trademark Description:**

The mark is SHU without any design features

**Description of Goods:**          Goods made of fibers; blanket throws

**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Brendan C. Hughes*

**Executive Deputy Secretary of State**

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| **Original Registration No.:** | R32197 | **Original Registration Date:** | 10/23/2012 |
| **Renewal Registration No.:** | R34125 | **Date of Renewal Registration:** | 10/23/2022 |

**Applicant's Name:**      *SACRED HEART UNIVERSITY, INCORPORATED*
                         *5151 PARK AVENUE*
                         *FAIRFIELD*            *CT*     *06825-*

**State of Incorporation**
**or Organization:**      *CONNECTICUT*

**Classification Numbers:**      *18*

**<u>Trademark Description:</u>**

*The mark is SHU without any design features*

**<u>Description of Goods:</u>**      *Umbrellas*

***WITNESS*** *my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | *R32198* | *Original Registration Date:* | *10/23/2012* |
| *Renewal Registration No.:* | *R34126* | *Date of Renewal Registration:* | *10/23/2022* |

*Applicant's Name:*    *SACRED HEART UNIVERSITY, INCORPORATED*
*5151 PARK AVENUE*
*FAIRFIELD*    *CT*    *06825-*

*State of Incorporation*
*or Organization:*    *CONNECTICUT*

*Classification Numbers:*    *20*

*Trademark Description:*

*The mark is SHU without any design features*

*Description of Goods:*    *Non-metal and non-leather key chains, picture frames*

*WITNESS my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# *New York State Department of State*
# *Certificate of Trademark Renewal Registration*

*The Application for Renewal of the Trademark described below has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Renewal Registration.*

| | | | |
|---|---|---|---|
| *Original Registration No.:* | R32199 | *Original Registration Date:* | *10/23/2012* |
| *Renewal Registration No.:* | R34128 | *Date of Renewal Registration:* | *10/23/2022* |

*Applicant's Name:*      ***SACRED HEART UNIVERSITY, INCORPORATED***
                                    *5151 PARK AVENUE*
                                    *FAIRFIELD*                    *CT      06825-*

*State of Incorporation*      *CONNECTICUT*
*or Organization:*

*Classification Numbers:*      *28*

*Trademark Description:*

*The mark is SHU without any design features*

*Description of Goods:*      *Sporting goods; footballs, stuffed dolls and animals, Christmas tree ornaments*

*WITNESS my hand and the seal of the State of New York In the City of Albany on this:*

*Friday, December 23, 2022*

*by:*

*Executive Deputy Secretary of State*

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024162 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Vehicles |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | GOODS FOR USE WITH VEHICLES; LICENSE PLATE HOLDERS |
| Date of First Use Anywhere: | 01/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |



*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 08, 2022*

Mark F. Kohler
Secretary of the State

*Registration Number: 0000024162*

*Registration Date: 10/22/2012*

**Business.CT.gov - Filing Number:0040000547 - Filing Date: 10/20/2022 8:30:00 AM**

# Secretary of the State of Connecticut
# Certificate of Renewal of Registration
## Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

## Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024163 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Paper Goods and Printed matter |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | PAPER GOODS AND PRINTED MATTER; DECALS, DECALS FOR VEHICLE WINDOWS, NOTEBOOKS, FOLDERS, BUMPER STICKERS, STICKERS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |



*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 15, 2022*

Mark F. Kohler
Secretary of the State

*Registration Number: 0000024163*          *Registration Date: 10/22/2012*

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024164 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Leather Goods |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | UMBRELLAS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |

*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 12, 2022*



Mark F. Kohler
Secretary of the State

**Business.CT.gov - Filing Number:0040000541 - Filing Date: 10/20/2022 8:30:00 AM**

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

   Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

   Whereas, said application has been duly examined in accordance with the laws of this State.

   Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024165 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Furniture and Articles not Otherwise Classified |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | NON-METAL AND NON-LEATHER KEY CHAINS, PICTURE FRAMES |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |



*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 08, 2022*

Mark F. Kohler
Secretary of the State

*Registration Number: 0000024165*      *Registration Date: 10/22/2012*

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024166 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Housewares and Glass |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | HOUSEWARES; BEVERAGE GLASSWARE, MUGS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |

*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 12, 2022*



Mark F. Kohler
Secretary of the State

*Registration Number: 0000024166*          *Registration Date: 10/22/2012*

**Business.CT.gov - Filing Number:0040000543 - Filing Date: 10/20/2022 8:30:00 AM**

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024167 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Fabrics |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | GOODS MADE OF FIBERS; BLANKET THROWS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |

*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 09, 2022*



Mark F. Kohler
Secretary of the State

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

      Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

      Whereas, said application has been duly examined in accordance with the laws of this State.

      Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

## Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024168 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | CLOTHING; CREWNECKS, HATS, HOODED SWEATSHIRTS, SWEATSHIRTS, JACKETS, POLO SHIRTS, SHORTS, SWEATPANTS, TANK TOPS, T-SHIRTS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |



*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 09, 2022*

Mark F. Kohler
Secretary of the State

*Registration Number: 0000024168*          *Registration Date: 10/22/2012*

# Secretary of the State of Connecticut
## Certificate of Renewal of Registration
Trade Mark

Whereas it appears from an application for registration of a Trade Mark, the mark described below is being used within the State of Connecticut. The mark is evidenced by the specimen or facsimile of the mark affixed to the page of this certificate.

Whereas, said application has been duly examined in accordance with the laws of this State.

Now and therefore, the registration as evidenced by this certificate is renewed and recorded for a period which shall expire unless otherwise renewed.

### Mark Details

| | |
|---|---|
| Registration Date: | 10/22/2012 |
| Registration Number: | 0000024169 |
| Mark Type: | Trade Mark |
| Class of Goods/Services: | Toys and Sporting Goods |
| Owner Name: | SACRED HEART UNIVERSITY, INCORPORATED |
| Mark Description: | THE DESCRIPTION IS SHU |
| Mark Used For: | SPORTING GOODS; FOOTBALLS, STUFFED DOLLS AND ANIMALS, CHRISTMAS TREE ORNAMENTS |
| Date of First Use Anywhere: | 08/01/1975 |
| Date of First Use in Connecticut: | 08/01/1975 |
| Expiration Date: | 10/22/2027 |



*In testimony whereof, I have hereunto set my hand and caused the Seal of the State of Connecticut to be affixed at the City of Hartford on December, 08, 2022*

Mark F. Kohler
Secretary of the State

**TMR**
**SMR**

Filing Fee $50.00 per class
5 year renewal period

## The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED          **Trademark / Service Mark Renewal**          FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
              Last                    First                    Middle

Business address: _____
                 Number                    Street

_____
City                    State                    Zip

**or**

b) Business Organization: Sacred Heart University, Incorporated

Business address:     5151          Park Avenue
                    Number                    Street

                    Fairfield          CT          06825
                    City                    State                    Zip

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
   SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and
   describe the design:

c110hs6 10/26/05

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
   *(An application may include multiple classes)*

   Class 28 - Sporting goods; footballs, stuffed dolls and animals, Christmas tree ornaments

(4) Provide the Massachusetts registration date and number:

   Reg No. 84183 on October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ *October 19, 2022* _____
                                          *(Month, Day, Year)*

Signature: _____

*# 2238*
*Check*

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 2C, OCT _____ . 20 22 _____

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

*[signature]*

### Contact Information

Gail E. Podolsky, Carlton Fields, PA
*Name*

Attn: IP Department PO Box 3239
*Mailing Address*

| Tampa | FL | 33601 |
|-------|-----|-------|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|--------------|------------------------------|
| *Telephone* | *Email* |

SECRETARY'S OFFICE
C/ CHHRS

OCT 26 2022

FEE PAID

—1388034

MA SOC    Registration Number: 91811    Date: 08/11/2022

# TMR
# SMR

Filing Fee $50.00 per class
5 year renewal period

## The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED          **Trademark / Service Mark Renewal**          FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

| *Last* | *First* | *Middle* |
|---|---|---|

Business address: _____

| *Number* | *Street* |
|---|---|

| *City* | *State* | *Zip* |
|---|---|---|

**or**

b) Business Organization: Sacred Heart University, Incorporated

Business address:    5151        Park Avenue

| *Number* | *Street* |
|---|---|

| Fairfield | CT | 06825 |
|---|---|---|
| *City* | *State* | *Zip* |

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

   Class 41 - Educational and entertainment services

(4) Provide the Massachusetts registration date and number:

   84189; August 15, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, Associate General Counsel of Sacred Heart University, Inc _____,

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ August 9, 2022 _____
                              *(Month, Day, Year)*

Signature: _____ *Alfred P. Br* _____



# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
(General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 11, August _____ , 20 __ 22 __

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

_____
*Name*

_____
*Mailing Address*

_____
*City/town*                              *State*      *ZIP*

_____
*Telephone*                              *Email*



**TMR**
**SMR**

**The Commonwealth of Massachusetts**

Filing Fee $50.00 per class
5 year renewal period

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED     **Trademark / Service Mark Renewal**     FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                *Last*            *First*            *Middle*

Business address: _____
                   *Number*            *Street*

                   *City*            *State*            *Zip*

**or**

b) Business Organization: ___Sacred Heart University, Incorporated___

Business address:    5151       Park Avenue
                   *Number*            *Street*

           Fairfield            CT            06825
                   *City*            *State*            *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110ms6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
   *(An application may include multiple classes)*

   Class 25 - Clothing; crewnecks, hats, hooded sweatshirts, sweatshirts, jackets, polo shirts, shorts, sweatpants, tank tops, T-shirts

(4) Provide the Massachusetts registration date and number:

   Reg No. 84190 on October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____
                                    *(Month, Day, Year)*

Signature: _____

#2238
Check

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 2⁶, OCT _____ .20 22 _____

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

Gail E. Podolsky, Carlton Fields, PA.
_____
*Name*

Attn: IP Department PO Box 3239
_____
*Mailing Address*

Tampa                              FL           33601
_____
*City/town*                        *State*      *ZIP*

813-223-7000              Trademarks@carltonfields.com
_____
*Telephone*                        *Email*

i388039

MA SOC   Registration Number: 92036    Date: 10/26/2022

**TMR**
**SMR**

Filing Fee $50.00 per class
5 year renewal period

## The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

### Trademark / Service Mark Renewal
**(General Laws Chapter 110H, Section 6)**

FORM MUST BE TYPED

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

|         |        |          |
|---------|--------|----------|
| *Last*  | *First*| *Middle* |

Business address: _____

|          |          |
|----------|----------|
| *Number* | *Street* |

_____

|        |         |       |
|--------|---------|-------|
| *City* | *State* | *Zip* |

**or**

b) Business Organization: Sacred Heart University, Incorporated

Business address: _____ 5151 _____ Park Avenue _____

|          |          |
|----------|----------|
| *Number* | *Street* |

Fairfield                  CT                  06825

|        |         |       |
|--------|---------|-------|
| *City* | *State* | *Zip* |

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110tm6 10/26/05

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

Class 24 - Goods made of fibers; blanket throws

(4) Provide the Massachusetts registration date and number:

Reg No. 84188 on October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____

(Month, Day, Year)

Signature: _____

#2238
check

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 26 , OCT _____ . 20 22 _____

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

Contact Information

Gail E. Podolsky, Carlton Fields, PA
*Name*

Attn: IP Department PO Box 3239
*Mailing Address*

| Tampa | FL | 33601 |
|-------|-----|-------|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|--------------|------------------------------|
| *Telephone* | *Email* |

2388038


**TMR
SMR**

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year renewal period

FORM MUST BE TYPED

## Trademark / Service Mark Renewal
**(General Laws Chapter 110H, Section 6)**

FORM MUST BE TYPED

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

                        *Last*           *First*           *Middle*

Business address: _____

                         *Number*          *Street*

_____

                         *City*          *State*           *Zip*

**or**

b) Business Organization: _Sacred Heart University, Incorporated_

Business address:     _5151_      _Park Avenue_
                         *Number*          *Street*

                  _Fairfield_           _CT_          _06825_
                         *City*          *State*           *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
    SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
   *(An application may include multiple classes)*

   Class 21 - Housewares; beverage glassware, mugs


(4) Provide the Massachusetts registration date and number:

   Reg No. 84185 on October 24, 2012


(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____
                                      *(Month, Day, Year)*

Signature: _____

#2238
Check

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 26, OCT _____ 20__ 22

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

Gail E. Podolsky, Carlton Fields, PA
*Name*

Attn: IP Department PO Box 3239
*Mailing Address*

| Tampa | FL | 33601 |
|-------|-----|-------|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|--------------|------------------------------|
| *Telephone* | *Email* |

FEE PAID
OCT 26 2022
C. SQUIRES
CORPT-PAY-CUPAGE
3880036



**The Commonwealth of Massachusetts**

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year renewal period

FORM MUST BE TYPED   **Trademark / Service Mark Renewal**   FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                    Last                          First                          Middle

Business address: _____
                          Number                          Street

_____
City                          State                          Zip

**or**

b) Business Organization: __Sacred Heart University, Incorporated_____

Business address: _____5151_____Park Avenue_____
                          Number                          Street

_____Fairfield_____CT_____06825_____
City                          State                          Zip

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs5 10/28/96

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

Class 20 - Non-metal and non-leather key chains, picture frames

(4) Provide the Massachusetts registration date and number:

Reg No. 84186 on October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____

*(Month, Day, Year)*

Signature: _____ *Alfred P. Br...* _____

**COMMONWEALTH OF MASSACHUSETTS**

*# 2238*
*check*

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

**Trademark / Service Mark Renewal**
**(General Laws Chapter 110H, Section 6)**

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

26, OCT                    20  22

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

**Contact Information**

Gail E. Podolsky, Carlton Fields, PA
*Name*

Attn: IP Department PO Box 3239
*Mailing Address*

| Tampa | FL | 33601 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|---|---|
| *Telephone* | *Email* |

SECRETARY'S OFFICE
CORNERS
OCT 26 2022
FEE PAID
388037

MA SOC   Registration Number: 92039    Date: 10/26/2022



### The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year renewal period

FORM MUST BE TYPED    **Trademark / Service Mark Renewal**    FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
               *Last*         *First*      *Middle*

Business address: _____
              *Number*       *Street*

              *City*       *State*     *Zip*

**or**

b) Business Organization: Sacred Heart University, Incorporated

Business address:     5151      Park Avenue
              *Number*       *Street*

            Fairfield      CT     06825
              *City*      *State*     *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110ns6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
   *(An application may include multiple classes)*

   Class 18 - umbrellas

(4) Profvide the Massachysetts registration date and number:

   Reg No. 84187, October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may
   not be larger than 3" x 3".




**Sacred Heart University 62"
Windshaft Umbrella**

**$33.00**

The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____

(Month, Day, Year)

Signature: _____

*#22358 check*

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

### WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 20, OCT _____ . 20 __22__

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

*William Francis Galvin*

Contact Information

| Gail E. Podolsky, Carlton Fields, PA |
|---|
| *Name* |

| Attn: IP Department PO Box 3239 |
|---|
| *Mailing Address* |

| Tampa | FL | 33601 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|---|---|
| *Telephone* | *Email* |

1388041



**TMR**
**SMR**

Filing Fee $50.00 per class
5 year renewal period

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED          **Trademark / Service Mark Renewal**          FORM MUST BE TYPED
                            (General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                        Last                First                Middle

Business address: _____
                        Number                       Street

                  _____
                        City                         State              Zip

**or**

b) Business Organization: __Sacred Heart University, Incorporated_____

Business address: ___5151_____Park Avenue_____
                        Number                       Street

                  ___Fairfield_____CT_____06825_____
                        City                         State              Zip

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
    SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110h6 10/28/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

> Class 16 - Paper goods and printed matter; decals, decals for vehicle windows, notebooks, folders, bumper stickers, stickers

(4) Provide the Massachusetts registration date and number:

> Reg No. 84184 on October 24, 2012

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____,

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ *October 19, 2022* _____

*(Month, Day, Year)*

Signature:_____ *Alfd P. m* _____

*# 2238*
*Check*

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
### (General Laws Chapter 110H, Section 6)

Registered with

## WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____26, OCT_____ .20 _22_

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

Gail E. Podolsky, Carlton Fields, PA
_____
*Name*

Attn: IP Department PO Box 3239
_____
*Mailing Address*

| Tampa | FL | 33601 |
|-------|-----|-------|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|--------------|------------------------------|
| *Telephone* | *Email* |

~388035

FEE PAID
OCT 26 2022
SECRETARY'S.... OFFICE



Filing Fee $50.00 per class
5 year renewal period

## The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED         **Trademark / Service Mark Renewal**         FORM MUST BE TYPED
                           (General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

|  | *Last* | *First* | *Middle* |
|---|---|---|---|

Business address: _____

|  | *Number* | *Street* |
|---|---|---|

|  | *City* | *State* | *Zip* |
|---|---|---|---|

**or**

b) Business Organization: _Sacred Heart University, Incorporated_

Business address: _____5151_____Park Avenue_____

|  | *Number* | *Street* |
|---|---|---|

_____Fairfield_____CT_____06825_____

|  | *City* | *State* | *Zip* |
|---|---|---|---|

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
   SHU

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
 *(An application may include multiple classes)*
   Class 12 -Goods for use with vehicles; license plate holders


(4) Provide the Massachusetts registration date and number:
   Reg No. 84191 on October 24, 2012


(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may
   not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Alfred P. Bruno, on behalf of Sacred Heart University, Inc. _____,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ October 19, 2022 _____
                                    (Month, Day, Year)

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

*# 2238*
*check*

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

### Trademark / Service Mark Renewal
(General Laws Chapter 110H, Section 6)

Registered with

## WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_____ 26, OCT _____ , 20 ___22___

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

| Gail E. Podolsky , Carlton Fields, PA |
|---|
| *Name* |

| Attn: IP Department PO Box 3239 |
|---|
| *Mailing Address* |

| Tampa | FL | 33601 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 813-223-7000 | Trademarks@carltonfields.com |
|---|---|
| *Telephone* | *Email* |

FEE PAID
SECRETARY'S OFFICE
CORPORATIONS
OCT 26 2022

1388040