# EXHIBIT C

All orders Case 3:23-cv-00698-RNC Document 1-3 Filed 05/30/23 Page 2 of 9. only)

**Prep Sportswear**

SCHOOLS  COLLEGE  PRO SPORTS  VINTAGE TEAMS  YOUTH SPORTS  CREATE TEAM STORE  GOLF COURSES  GREEK  MILITARY  RACES  MORE  Help  Cart

## 30% OFF SITEWIDE

College / United States / Connecticut / Sacred Heart University Pioneers

# Sacred Heart University Pioneers Apparel Store
Fairfield, Connecticut

**School Address**
5151 Park Ave.
Fairfield, Connecticut 6825

**Store Home** | Men | Women | Youth | Hats | Applique | Clearance

### GET YOUR PIONEERS GEAR
[MEN'S]  [WOMEN'S]

Prep Sportswear is not affiliated with the Sacred Heart University Bookstore or the SHU Bookstore. Shop Sacred Heart University Pioneers apparel, clothing, gear, and merchandise at the Sacred Heart University Shop ...

### FEATURED DEPARTMENTS






**MEN'S T-SHIRTS**  **MEN'S SWEATSHIRTS**  **HATS**  **FAN FAVORITES**







**WOMEN'S T-SHIRTS**


**WOMEN'S SWEATSHIRTS**


**APPLIQUE**


**TRENDING**

## TOP SELLING



Fruit of the Loom Men's 5oz Cotton T-Shirt
**$19.59**
~~$27.99~~
You save: $8.40



JERZEES Unisex 50/50 NuBlend® 8oz Crewneck Sweatshirt
**$29.39**
~~$41.99~~
You save: $12.60



JERZEES Unisex 8oz NuBlend® Hooded Sweatshirt
**$38.49**
~~$54.99~~
You save: $16.50



SofSpun™ 7.2oz Unisex Hooded Sweatshirt
**$38.49**
~~$54.99~~
You save: $16.50

### SIGN UP & SAVE UP TO: 25% OFF
Be the first to hear about new products & deals.

Email address    **SUBSCRIBE**

---

**CONTACT US**

Monday - Friday
6am - 7pm PST


Direct Message

**HELP**

Track Order
FAQ
Contact Us
Shopping Cart

**COMPANY**

About Us
Careers
Corporate Responsibility
Terms of Use

**ADD STORES**

New Store Request
Store Correction

**PROGRAMS**

Affiliate Program

California Disclosure



© 2022 Sportswear Inc. All Rights Reserved. Terms of Use | Privacy Policy



# Web Data Collection Report

**Page Title**

Sacred Heart University Pioneers Apparel Store | Prep Sportswear

**URL**

https://www.prepsportswear.com/college/us/connecticut/fairfield/sacred-heart-university-pioneers?schoolid=2583712

**Collection Date**

Thu Dec 08 2022 15:59:47 GMT-0500 (Eastern Standard Time)

**Collected by**

djones@carltonfields.com (djones@carltonfields.com)

**IP Address**

2602:807:5010:1f:14d3:304:6edd:95d9

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

793a09fa1643cd4196ee64d4c93be8a161d139addef469df5da796
cd49de8efba837eec5ee7393460829664bda264b3e2af6576a4c17
7a21e03c87f0a2fb362b8862e152feba9758ed717405b999cd9de2
563e626c89b23ada92b01d67fbf34d3509999e772ddad24aa12633
a5aa36cf90cea5ae3e8ffd1e428e6b9cc8c2416c63f1292d73f5b3b
4556c433eb6ef261e9f119f8ddf5e64ed368b04255ebef6acd7f660
1ebbc7eb32df3ad1aad479a77be494a013170e34114f7abc1677322
2b5bf23038de74b0605ddb8adc63ef4304159a6d7e36c441bc3661
c0325a71631fe8cb98947b3256de5f7bc0b579b6f19325040962186
f7eb4fdede22f517de1b96

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-www.prepsportswear.com-college-us-connecticut-fairfield-sacred-Dec-08-22-15-59-47-GMT-0500-(EST).mhtml

**Hash (SHA256)**

66fce406206b98753f5c2faa2e780483ab99c74ae3c3633d9f1061c8755bd9de

**Signature (PKCS#1v1.5)**

6bfea81fb07967549c79772c7e2b84b425312a46dcfc008508ce3d
59c0b650ea66b7164359ef0d9905408daa1a0759e9c114be0c4439
cf0fbc57de5dadfd62c9582bad6a34d774b8b7adec2cf70dfe29a9
ecbb7a66a433301abf6c83617cafcf48ea44aff3016d2c298396dd
096802ba9617aa429d0095d6a838672dbb3f22fa891982530d1b81
478913db49a6a8da38f59a2ee52d75f202cd9c04a0e89dde1bb00d8
a8ded5e2c2e8f9fe1f22b1a43f4c69ac710ba4edc5feceae10bb241
46f5db9468fc4b1f4e038be5bcf061960601d72f99b5d7b5ac084cd
fb6435d8d41f3bd693517138f00572577371e12475a8c33ba8979cf
57a1c621afaea2a9a44086



**File Name**
https-www.prepsportswear.com-college-us-connecticut-fairfield-sacred-Dec-08-22-15-59-47-GMT-0500-(EST)_0.jpg

**URL**
https://www.prepsportswear.com/college/us/connecticut/fairfield/sacred-heart-university-pioneers?schoolid=2583712

**Hash (SHA256)**
de12160321a887f6a98420e304351a2b553ee1d91dbc583855e76d412dc5f028

**Timestamp**
Thu Dec 08 2022 15:59:47 GMT-0500 (Eastern Standard Time)

**Signature (PKCS#1v1.5)**
222a4925cc72713ed47ec8ecbb2bc927022f580bf0861f9af194841fdcaa0faef80b7b487b639ad0f43e2cfc9ad64ba476c03399c009060f594d1321cfd541c0ceaa0b641da4ac7c37f7b767e165f7ea1ceb98bdae4a073d6d2a783b6716a81407a1e7580df0815894a5c880364eb4f36386b9f5d76729c37d730f754fc574526aaea1d61d5898a26e01ced5859175ee7eccb553a1828f916ed4ec0a9291339363bf9806663be31f4b722a3c8b72b7640dc32c68b28f92f3d563e8ed36e088d636ab007ece1a8badb7978c9a2f5a902df0a753055160e8c2fbe5e7c25b34c1a22396aca9def588f2e690d5d1867b591862f59385b1a2ec560e74e8229da2cd12



**File Name**
https-www.prepsportswear.com-college-us-connecticut-fairfield-sacred-Dec-08-22-15-59-47-GMT-0500-(EST)_1.jpg

**URL**
https://www.prepsportswear.com/college/us/connecticut/fairfield/sacred-heart-university-pioneers?schoolid=2583712

**Hash (SHA256)**
25f028486b9ba38da618dda057ae0befc6188fb77af071643a7e2ba12d39d25b

**Timestamp**
Thu Dec 08 2022 15:59:47 GMT-0500 (Eastern Standard Time)

**Signature (PKCS#1v1.5)**
14cf8ecacaf6552d78e21a3d48daa04e118dd7951b910b2a6df0c0c118fc0c6bd037d5f8ffec1a3e1639e166ccac014e1c77b1e6841ec1533efdc1a972428c65411b1f1572bb4e0ecfe4265dbd0733349a7fbe7e0495412eb5c318f8f1e7dfd1391cdce58067fa3533ad253b7354de5cf12ff5bf3d7ff27ecf1e5c37d6262f85faf77e02b64334728e6e699b3bc93145fef2b927210370da3aa021a062162458ebcc4645e915b26c256700de0a2f593364a2cc6aecb2540a5746830c1ccdbf4cb39db3246eb3e87bb26d199b36d56b411c59b87dccf5929c546745c22dd6b800f0b96c63094af4db89f9f98c4b120d5c13865cea93cdea290ee278917083b22b



**File Name**
https-www.prepsportswear.com-college-us-connecticut-fairfield-sacred-Dec-08-22-15-59-47-GMT-0500-(EST)_2.jpg

**URL**
https://www.prepsportswear.com/college/us/connecticut/fairfield/sacred-heart-university-pioneers?schoolid=2583712

**Hash (SHA256)**
5e7477d80d015d43e742dbc505787bc9bb5759cea001cc0e343b247d864b869f

**Timestamp**
Thu Dec 08 2022 15:59:47 GMT-0500 (Eastern Standard Time)

**Signature (PKCS#1v1.5)**
26c48b02825cfc26ebbb64f8cf3854d6b66471e55048a3534ecb6d82ac49e2efdce22a4fb28217c08df7155cd08d24159b3d08f31322293638a7d52f5a35bd0370f08a26536586b233c577b49ecffceb74a6a66a585b836aeb05f5593650838f0febb792d520e892630aba5a8a941bbb2e4667f354848de371f83266574ad16cf4bcc4ff417ae596bc710e9ba83349aed25245fefc87399f4af15b64c6914cae07d1ec6e4f3e4e8bc2b817a16ab94abb426d756099a6f04f0fda5a7be58a80403ac524edd671ed02a7e2f459bf5d40dff79da73c0ac38c4b811500fa4ebc49503364660875c88131765a4a0db3c2517fce1d26fab45d29a026304df9489262d3