UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SACRED HEART UNIVERSITY, INCORPORATED | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO.: 3:23-cv-0698 |
| SPORTSWEAR INC. d/b/a PREP SPORTSWEAR, CHAD HARTVIGSON, GRANT HARTVIGSON, and ERIK HARTVIGSON, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Sacred Heart University, Incorporated, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this case with prejudice, each party to bear its/his own costs, including attorneys' fees.

Respectfully submitted this 4th day of October, 2023.

        **CARLTON FIELDS, P.A.**

        */s/ Gail Podolsky*
        James M. Sconzo
        Connecticut Bar No. 400883
        Brendan N. Gooley
        Connecticut Bar No. 437215
        One State Street, Suite 1800
        Hartford, CT  06103
        (860) 392-5000
        (860) 392-5058
        Email:  jsconzo@carltonfields.com
                     bgooley@carltonfields.com

                                          Gail Podolsky (admitted *pro hac vice*)
                                        Georgia Bar No. 142021
                                        1201 West Peachtree Street, Suite 3000
                                        Atlanta, Georgia  30309
                                        (404) 815-2714
                                        (404) 815-3415 fax
                                        Email:  gpodolsky@carltonfields.com

                                        ***Attorneys for Plaintiff Sacred Heart University, Incorporated***

134179145.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

Dated this 4th day of October, 2023.

/s/ *Gail Podolsky*
Gail Podolsky

134179145.1